Ryan Lee (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Michael Cotton

**UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael Cotton,          Plaintiff,<br><br>     v.<br><br>Zitterman Bosh & Associates; Damario Turpin<br><br>          Defendant. | **Case No.: 2:11-cv-02024-DGC**<br><br>**VOLUNTARY DISMISSAL** |

### **VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Michael Cotton, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

Dated: February 3, 2014                                KROHN & MOSS, LTD.


                                                              By: /s/ Ryan Lee
                                                                     Ryan Lee
                                                                     Attorneys for Plaintiff
                                                                     Michael Cotton

CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2014, I electronically filed the foregoing Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Ryan Lee, Esq.
Ryan Lee, Esq